IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID McMACKINS**                                                                                          **PLAINTIFF**

**V.**                          **CASE NO. 4:19-CV-775-BRW-BD**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                                                       **DEFENDANT**

## ORDER

I have reviewed the Recommended Disposition (Doc. No. 14) filed by Magistrate Judge Beth Deere. No objections have been filed and the time for doing so has passed. After careful consideration, I approve and adopt Recommended Disposition in all respects. Judgment will be entered accordingly.

The Commissioner's motion for summary judgment (Doc. No. 5) is GRANTED, and Plaintiff's Complaint (Doc. No. 2) is DISMISSED with prejudice.

IT IS SO ORDERED this 3rd day of June, 2020.

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE