**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DAVID McMACKINS**                                                                                       **PLAINTIFF**

**V.**                              **CASE NO. 4:19-CV-775-BRW-BD**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 3rd day of June, 2020.

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE